IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTONIO VERDUZCO,<br><br>　　　　　Defendant. | **CASE NO.  1:98-CR-05433-DAD**<br><br>**ORDER DISMISSING DEFENDANT FROM INDICTMENT (FED.R.CRIM.P 48(A))** |

The United States of America, having moved this Court to dismiss the indictment as to above-named defendant only pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice and good cause appearing;

IT IS HEREBY ORDERED that the indictment as to the above named individual only shall be dismissed without prejudice in the interest of justice.

IT IS FURTHER ORDERED he clerk of the court close this case and recall the WARRANT.

IT IS SO ORDERED.

Dated:   **June 17, 2016**　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL, FRCrimP 48(a)　　　　1